## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2616 | **DATE** | 7/10/08 |
| **CASE TITLE** | LLOYD KEIBER vs. MICHAEL J. ASTRUE | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to abate briefing schedule on in the alternative to reset briefing schedule [9] is granted in part. Plaintiff's appellate brief shall be filed by September 11, 2008. Defendant's response shall be filed by October 1, 2008; plaintiff's reply shall be filed by October 8, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|